IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANTIAGO IBARRA RIVERA,
individually and as class
representative,

      Plaintiff,                    2:10-mc-0098 LKK DAD

    v.

COUNTY OF LOS ANGELES, et al.,

      Defendants.              ORDER

_____/

        This miscellaneous case arises from an action proceeding in the United States District Court for the Central District of California. On September 23, 2010, counsel on behalf of plaintiff applied *ex parte* for an order commanding Dennis Cross, a non-party witness who resides in Sacramento County, to appear pursuant to subpoena for a deposition on September 27, 2010. On September 24, 2010, non-party Dennis Cross, through counsel, filed an unnoticed motion to quash the subpoena. The undersigned is unable to find that plaintiff will suffer harm by complying with this court's 21-day notice requirement for motions dealing with discovery matters. See Local Rule 251(a). The undersigned therefore finds that plaintiff has failed to demonstrate good cause to consider his application either *ex parte* or on shortened notice.

/////

1  Accordingly, IT IS ORDERED that:

2  1. Plaintiff's September 23, 2010 *Ex Parte* Application to Enforce Deposition
3  Subpoena (Doc. No. 1) is denied;

4  2. Non-party Dennis Cross's September 24, 2010 Motion to Quash (Doc. No. 3)
5  shall be noticed for hearing before the undersigned pursuant to Local Rule 251.  Movant may
6  contact Pete Buzo, courtroom deputy to the undersigned, at (916) 930-4128, concerning available
7  hearing dates.  Movant shall then file and serve a notice of motion setting the motion to quash for
8  hearing on an appropriate date.  Any party may appear at the hearing telephonically by contacting
9  Pete Buzo no later than three days before the noticed hearing date.  A land-line telephone number
10 must be provided for telephonic appearance; and

11 3. Plaintiff's counsel shall serve a copy of this order and copies of any notices of
12 motion filed in this case upon counsel for defendants in the underlying action.

13 DATED: September 24, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

17 DAD:kw
Ddad1\orders.civil\rivera0098.exparte.app.den