1  EDMUND G. BROWN JR.
   Attorney General of California
2  BARBARA J. SEIDMAN
   Supervising Deputy Attorney General
3  ASHANTE L. NORTON
   Deputy Attorney General
4  State Bar No. 203836
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 322-2197
    Fax: (916) 324-5567
7   E-mail: Ashante.Norton@doj.ca.gov
   *Attorneys for Department of Justice and Dennis*
8  *Cross*

9

                IN THE UNITED STATES DISTRICT COURT
10
                FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13 | SANTIAGO IBARRA RIVERA,              | 2:10-MC-00098-LKK-DAD
14 |                           Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO QUASH DEPOSITION SUBPOENA**
15 |       v.                             |
16 |                                      |
17 | COUNTY OF LOS ANGELES,                | Date:      October 29, 2010
   |                                      | Time:      10:00 a.m.
18 |                          Defendant,  | Courtroom: 27
   |                                      | Judge      Hon. Dale A. Drozd
19 | DEPARTMENT OF JUSTICE,                |
20 |               Real Party in Interest.|

21

22    The parties herein, by and through their undersigned attorneys, stipulate to
23 continue the hearing on the Motion to Quash, currently set for October 29, 2010, at
24 10:00 a.m. in Courtroom 27 of the above-entitled court, to November 19, 2010, at
25 10:00 a.m. in Courtroom 27. The stipulation is reached in order to accommodate
26 plaintiff's counsel's plans to travel from Los Angeles to Sacramento for the
27 appearance on this motion and for the attendance at a deposition in an unrelated
28 matter.

                                          1

1 | **IT IS SO STIPULATED.**

3 | Dated: October 26, 2010 /s/ Donald W. Cook
Donald W. Cook
Counsel for Plaintiff, Santiago Ibarra Rivera

7 | Dated: October 26, 2010 /s/ Ashante L. Norton
Ashante L. Norton
Counsel for Real Parties in Interest
California Department of Justice and Dennis Cross

11 | **IT IS SO ORDERED.**

12 | Dated: October 26, 2010

*Dale A. Drozd*
Dale A. Drozd
UNITED STATES MAGISTRATE JUDGE

14 | Ddad1orders\rivera0098.stipord.cont