IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANTIAGO I. RIVERA,

       Plaintiff,                          2:10-mc-0098 LKK DAD

       v.

COUNTY OF LOS ANGELES,

       Defendant.                      ORDER AFTER HEARING

_____/

       This matter came before the court on November 19, 2010, for hearing of the motion to quash filed by non-party witness Dennis Cross.  Ashante L. Norton, Esq. appeared for movant.  Donald W. Cook, Esq. appeared for plaintiff, who served a deposition subpoena on Mr. Cross in connection with underlying litigation in the United States District Court for the Central District of California.  No appearance was made by defendant County of Los Angeles.

       For the reasons set forth on the record, IT IS ORDERED that the motion to quash filed by third-party witness Dennis Cross (Doc. No. 3), as amended on September 28, 2010 (Doc. No. 5), is granted, and the deposition subpoena issued on September 2, 2010 is quashed.

DATED: November 22, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\rivera0098.oah.111910